PACE *et al.*, executors, *v.* HARRIS *et al.*

*Lumpkin, J.*—There was no error at the trial: and the plaintiffs' evidence having failed to establish the truth of certain material allegations in the petition, the proving of which was essential to a recovery, the court was right in granting a nonsuit.                    *Judgment affirmed.*
October 21, 1895.

Bill in equity. Before Judge Smith. Pulaski superior court. February term, 1895.

*Jordan & Watson,* for plaintiffs.

*L. C. Ryan* and *A. C. Pate,* for defendants.